UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER OXLEY (#451267)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 11-669-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 4, 2012 (doc. no. 10). The plaintiff has filed objections which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Dismiss of the Respondent State of Louisiana (doc. no. 9), is GRANTED and the petitioner's application for habeas corpus relief is DISMISSED as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this ____ day of May, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA